| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____   Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Heritage Grille & Wine Bar, LLC.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  The Heritage Grille & Wine Barrel** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-3015913** | |
| 4. | **Debtor's address** | **Principal place of business** **1228 Heritage Links Drive, Suite 104** **Wake Forest, NC 27587** Number, Street, City, State & ZIP Code  **Wake** County | **Mailing address, if different from principal place of business** **3816 Crimson Clover Ave** **Wake Forest, NC 27587** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://theheritagegrille.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **The Heritage Grille & Wine Bar, LLC.**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **The Heritage Grille & Wine Bar, LLC.**     Case number (*if known*) _____
      Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **The Heritage Grille & Wine Bar, LLC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **The Heritage Grille & Wine Bar, LLC.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 30, 2025**
MM / DD / YYYY

X **/s/ John B. Thomas**              **John B. Thomas**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Joseph Z. Frost**              Date **May 30, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**Buckmiller & Frost, PLLC**
Firm name

**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone **919-296-5040**    Email address **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Heritage Grille & Wine Bar, LLC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2025**     X **/s/ John B. Thomas**
                                       Signature of individual signing on behalf of debtor

                                       **John B. Thomas**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Heritage Grille & Wine Bar, LLC. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aloft Capital II, LLC Attn: Jim Bryant P.O. Box 444 Chapel Hill, NC 27514 | | | | | | $9,000.00 |
| Alsco Uniforms Attn: Manager, Agent, Officer 505 East 200 South Salt Lake City, UT 84102 | | | | | | $9,000.00 |
| Blake Norris 8625 Boysenberry Lane Raleigh, NC 27616 | | | | | | $9,225.00 |
| CBG Draft Services, Inc. Attn: Manager, Agent, Officer 2320 Presidential Dr., Suite 107 Durham, NC 27703 | | | | | | $3,165.00 |
| Deacon Landscapes 8304 Mitchell Mill Rd Zebulon, NC 27597 | | | | | | $8,088.00 |
| Envisage Law Attn: Adam Banks 2601 Oberlin Rd, Suite 100 Raleigh, NC 27608 | | | | | | $14,300.00 |
| Gulf Coast Bank & Trust Company Attn: Legal Department 1825 Veterans Memorial Blvd Metairie, LA 70005 | | Blanket lien | | $500,400.00 | $0.00 | $500,400.00 |

Debtor **The Heritage Grille & Wine Bar, LLC.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gulf Coast Bank & Trust Company**<br>**Attn: Legal Department**<br>**1825 Veterans Memorial Blvd**<br>**Metairie, LA 70005** | | **Blanket lien** | | $414,800.00 | $0.00 | $414,800.00 |
| **Jacob Anderson**<br>**7208 Falls of Neuse Rd, Suite 101**<br>**Raleigh, NC 27615** | | | | | | $71,000.00 |
| **NC Department of Revenue**<br>**Attn: Managing Agent/Bankruptcy**<br>**PO Box 25000**<br>**Raleigh, NC 27640** | | | | | | $151,950.00 |
| **NC Division of Employment Security**<br>**Attn: Managing Agent/Bankruptcy**<br>**P.O. Box 25903**<br>**Raleigh, NC 27611** | | | | | | $3,913.00 |
| **Optimal Living, LLC**<br>**1021 Forestville Road, Suite 200**<br>**Wake Forest, NC 27587** | | | | | | $212,000.00 |
| **Rewards Network**<br>**Attn: Manager, Agent, Officer**<br>**540 W Madison St, Suite 2400**<br>**Chicago, IL 60661** | | **Blanket lien** | | $16,166.20 | $0.00 | $16,166.20 |
| **Truist Bank**<br>**Attn: Manager/Agent/Officer**<br>**P.O. Box 849**<br>**Wilson, NC 27894** | | | | | | $8,900.00 |
| **U.S. Small Business Administration**<br>**Attn: Managing Agent/Bankruptcy**<br>**P.O. Box 3918**<br>**Portland, OR 97208** | | **Blanket lien** | | $350,000.00 | $0.00 | $350,000.00 |

**United States Bankruptcy Court**
Eastern District of North Carolina

In re  **The Heritage Grille & Wine Bar, LLC.**                                   Case No. _____
                                        Debtor(s)                                 Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 30, 2025**                    **/s/ John B. Thomas**
                                           **John B. Thomas**/**Managing Member**
                                           Signer/Title

Aloft Capital II, LLC
Attn: Jim Bryant
P.O. Box 444
Chapel Hill, NC 27514

Jonathan B. Wisenbaker
3816 Crimson Clover Avenue
Wake Forest, NC 27587

Alsco Uniforms
Attn: Manager, Agent, Officer
505 East 200 South
Salt Lake City, UT 84102

NC Department of Revenue
Attn: Managing Agent/Bankruptcy
PO Box 25000
Raleigh, NC 27640

Blake Norris
8625 Boysenberry Lane
Raleigh, NC 27616

NC Division of Employment Security
Attn: Managing Agent/Bankruptcy
P.O. Box 25903
Raleigh, NC 27611

CBG Draft Services, Inc.
Attn: Manager, Agent, Officer
2320 Presidential Dr., Suite 107
Durham, NC 27703

Optimal Living, LLC
1021 Forestville Road, Suite 200
Wake Forest, NC 27587

Deacon Landscapes
8304 Mitchell Mill Rd
Zebulon, NC 27597

Rewards Network
Attn: Manager, Agent, Officer
540 W Madison St, Suite 2400
Chicago, IL 60661

Envisage Law
Attn: Adam Banks
2601 Oberlin Rd, Suite 100
Raleigh, NC 27608

Truist Bank
Attn: Manager/Agent/Officer
P.O. Box 849
Wilson, NC 27894

Gulf Coast Bank & Trust Company
Attn: Legal Department
1825 Veterans Memorial Blvd
Metairie, LA 70005

U.S. Small Business Administration
Attn: Managing Agent/Bankruptcy
P.O. Box 3918
Portland, OR 97208

Jacob Anderson
7208 Falls of Neuse Rd, Suite 101
Raleigh, NC 27615

John B. Thomas
1005 Jumper Drive
Wake Forest, NC 27587

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  **The Heritage Grille & Wine Bar, LLC.**  
                                       Debtor(s)

Case No.  
Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Heritage Grille & Wine Bar, LLC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 30, 2025** | **/s/ Joseph Z. Frost** |
| Date | **Joseph Z. Frost** |
| | Signature of Attorney or Litigant |
| | Counsel for  **The Heritage Grille & Wine Bar, LLC.** |
| | **Buckmiller & Frost, PLLC** |
| | **4700 Six Forks Road** |
| | **Suite 150** |
| | **Raleigh, NC 27609** |
| | **919-296-5040 Fax:919-977-7101** |
| | **jfrost@bbflawfirm.com** |